# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>CSPC WARDEN,<br><br>    Defendant. | Case No. 1:19-cv-00219-LJO-SAB<br><br>ORDER VACATING NEW CIVIL CASE DOCUMENTS<br><br>(ECF No. 2) |

Joshua Davis Bland ("Plaintiff"), an inmate appearing pro se in this action, filed a complaint in the Kings County Superior Court on November 26, 2018. On February 14, 2019, K. Clark ("Defendant") removed this action to the Eastern District of California. On February 15, 2019, the new civil case documents issued in this matter. (ECF No. 2.) Upon review of the complaint, although titled as a copyright action, Plaintiff appears to be alleging that Defendants have violated the copyright act by using his name. Accordingly, the Court shall vacate the new civil case documents. The Court will screen Plaintiff's complaint in due course. 28 U.S.C. § 1915A(a). New case documents will issue if Plaintiff is found to have stated a cognizable claim.

Accordingly, the new civil case documents issued February 15, 2019 (ECF No. 2) are HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **February 15, 2019**

UNITED STATES MAGISTRATE JUDGE

1