# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>        Plaintiff,<br><br>    v.<br><br>CSPC WARDEN,<br><br>        Defendant. | Case No. 1:19-cv-00219-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REMANDING ACTION TO KINGS COUNTY SUPERIOR COURT AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION<br><br>(ECF No. 4) |

Joshua Davis Bland ("Plaintiff"), and inmate appearing pro se in this common law copyright infringement action filed this action in the Kings County Superior Court on November 26, 2018. On February 14, 2019, Defendant removed this action to the Eastern District of California. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 1, 2019, the magistrate judge filed findings and recommendations recommending that this action be remanded to state court for lack of jurisdiction. The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the

1

findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed March 1, 2019, are ADOPTED IN FULL;
2. This matter is remanded back to the Kings County Superior Court for lack of subject matter jurisdiction; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **April 10, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE